IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARLOS R. GARCIA,**<br>       **Plaintiff,**<br><br>       v.<br><br>**LANCASTER COUNTY PRISON, et al.,**<br>       **Defendants.** | **CIVIL ACTION**<br><br><br><br><br><br>**NO. 13-2018** |

## O R D E R

**AND NOW**, this 15th   day of January 2014, upon consideration of Defendant's Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (ECF 14), and Plaintiff response thereto (ECF 17), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss is GRANTED and Plaintiff's Complaint is DISMISSED, without prejudice, in its entirety.   Plaintiff may file an Amended Complaint within 30 days.

                                                              BY THE COURT:

                                                              /s/ Michael M. Baylson
                                                              _____
                                                              **MICHAEL M. BAYLSON, U.S.D.J.**

O:\Caitlin\Civil\13-2018 (Garcia)\2014.1.15 MTD Order.docx